UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTINE GRAICHEN | : | No. 3:23-cv-00824 (MPS) |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT NOVELTY COMPANY | : | |
| d/b/a MALLOVES JEWELERS AND | : | |
| MARC LEVIN | : | |
| Defendant. | : | JULY 20, 2023 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney, Jonathan M. Shapiro, on behalf of Defendants Connecticut Novelty Company d/b/a Malloves Jewelers and Marc Levin.

Dated: July 20, 2023

By: /s/ Jonathan M. Shapiro
Jonathan M. Shapiro (ct24075)
Aeton Law Partners LLP
311 Centerpoint Drive
Middletown, Connecticut 06457
Telephone: (860) 724-2160
Facsimile: (860) 724-2161
Email: jms@aetonlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      This 20th day of July, 2023.

      /s/ Jonathan M. Shapiro ct24075
      Jonathan M. Shapiro