### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTINE GRAICHEN | : | No. 3:23-cv-00824 (MPS) |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT NOVELTY COMPANY | : | |
| d/b/a MALLOVES JEWELERS AND | : | |
| MARC LEVIN | : | |
| Defendant. | : | AUGUST 28, 2023 |

### MOTION FOR EXTENSION OF TIME TO PLEAD

Pursuant to Connecticut Local Rule 7(b), Defendants, Connecticut Novelty Company d/b/a Malloves Jewelers and Marc Levin (hereafter "Defendants"), respectfully move to extend the deadline to respond to the Complaint by four (4) days, up to and including, September 1, 2023. Defendants' current deadline is August 28, 2023. In support of this motion, Defendants' state that the undersigned counsel had an unexpected personal matter arise and additional time is needed to complete Defendants' response. All counsel consent to the granting of this motion.

WHEREFORE, Defendants respectfully move for a four (4) day extension to respond to the Complaint.

Dated:  August 28, 2023

By: /s/ Jonathan M. Shapiro
Jonathan M. Shapiro (ct24075)
Aeton Law Partners LLP
311 Centerpoint Drive
Middletown, Connecticut  06457
Telephone:  (860) 724-2160
Facsimile:  (860) 724-2161
Email: jms@aetonlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      This 28th day of August, 2023.

                                            /s/ Jonathan M. Shapiro ct24075
                                            Jonathan M. Shapiro