**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF CONNECTICUT**

---

| | |
|---|---|
| **CHRISTINE GRAICHEN,** | : CIVIL ACTION NO. |
| | : 3:23-cv-00824-MPS |
| **Plaintiff,** | : |
| | : |
| -against- | : |
| | : |
| **CONNECTICUT NOVELTY COMPANY d/b/a** | : |
| **MALLOVES JEWELERS, and MARC LEVIN,** | : |
| **Defendants** | : August 29, 2023 |

---

### JOINT MOTION FOR EXTENSION OF TIME
### TO FILE RULE 26(f) REPORT OF PARTIES' PLANNING MEETING

Pursuant to Local Rule 7 of this Court, the parties, through undersigned counsel, request a seven (7) day extension of the deadline, up to and including September 12, 2023, in which to file the Rule 26(f) Report of Parties' Planning Meeting.

Counsel for the parties have conferred but are still in the process of gathering information in order to fully address the areas of discovery and the issues related thereto, as well as timing factors.

This is the first extension of time requested for this deadline, and all parties have consented to this extension of time.

**WHEREFORE**, the undersigned counsel respectfully requests a seven (7) day extension of time in which to file the Rule 26(f) Report of Parties' Planning Meeting.

| PLAINTIFF, CHRISTINE GRAICHEN | DEFENDANTS, CONNECTICUT NOVELTY COMPANY d/b/a MALLOVES JEWELERS, and MARC LEVIN |
|---|---|
| By: */s/ Claire M. Howard*<br>    Claire M. Howard, Esq.(ct29654)<br>    Madsen, Prestley & Parenteau, LLC<br>    402 Asylum Street<br>    Hartford, CT 06103<br>    choward@mppjustice.com<br>    Tel. (860) 246-2466<br>    Fax: (860) 246-1794<br>    Attorneys for the Plaintiff | By: */s/ Jonathan M. Shapiro*<br>    Jonathan M. Shapiro, Esq. (ct24075)<br>    Kara Anne Newell, Esq. (ct31462)<br>    Aeton Law Partners LLP<br>    311 Centerpoint Drive<br>    Middletown, CT 06457<br>    jms@aetonlaw.com<br>    kara@aetonlaw.com<br>    Tel. (860) 724-2160<br>    Fax: (860) 724-2161<br>    Attorneys for the Defendants |

CERTIFICATION OF SERVICE

I hereby certify that on August 29, 2023, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              */s/ Claire M. Howard*_____
                                              Claire M. Howard