## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTINE GRAICHEN | : | No. 3:23-cv-00824 (MPS) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT NOVELTY COMPANY | : | |
| d/b/a MALLOVES JEWELERS AND | : | |
| MARC LEVIN | : | |
| Defendant. | : | FEBRUARY 1, 2024 |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

Pursuant to Local Rule 7(b), Defendants, Connecticut Novelty Company d/b/a Malloves Jewelers and Marc Levin, (hereinafter "Defendants"), respectfully move for an extension of time until March 4, 2024 to respond to Plaintiff's First Set of Interrogatories and Request for Production. The current deadline to respond to discovery is February 2, 2024. Good cause exists for granting this motion. Counsel for Defendants has been diligently working on their responses however additional time is needed to prepare responses and gather responsive documents in consultation with the clients. Also, counsel for Defendants has been traveling for depositions in another matter.

Pursuant to Local Rule 7(b)(2), the undersigned's office contacted counsel for Plaintiff concerning this extension and counsel has indicated that they do not consent. This is the first request for an extension of time sought by Defendants.

WHEREFORE, for the foregoing reasons, Defendants respectfully request an extension until March 4, 2024 to respond to Plaintiff's First Set of Interrogatories and Request for Production.

Dated:  February 1, 2024

> By:<u>/s/ Jonathan M. Shapiro</u>
> Jonathan M. Shapiro (ct24075)
> Aeton Law Partners LLP
> 311 Centerpoint Drive
> Middletown, Connecticut 06457
> Telephone:  (860) 724-2160
> Facsimile:  (860) 724-2161
> Email: jms@aetonlaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

     This 1st day of February, 2024.

                                            /s/ Jonathan M. Shapiro ct24075
                                            Jonathan M. Shapiro