UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTINE GRAICHEN | : | No. 3:23-cv-00824 (MPS) |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT NOVELTY COMPANY | : | |
| d/b/a MALLOVES JEWELERS AND | : | |
| MARC LEVIN | : | |
| Defendants. | : | FEBRUARY 5, 2024 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
OBJECTION TO MOTION FOR EXTENSION OF TIME**

Defendants, Connecticut Novelty Company d/b/a Malloves Jewelers and Marc Levin, (hereinafter "Defendants") hereby submit this response to Plaintiff's Objection to the Defendant's Motion for Extension of Time to Respond to Discovery dated February 2, 2024. As a threshold matter, Defendants' motion is moot. Notwithstanding their pending Motion for Extension of Time, Defendants responded to Plaintiff's First Set of Interrogatories and Request for Production on February 2, 2024. Subject to their objections, Defendants provided responsive information and over 600 pages of documents in response to Plaintiffs' discovery requests.

Given certain statements (and omissions) in Plaintiff's objection, Defendants feel compelled to make clear the history of the case. Defendants first responded to the Initial Discovery Protocols on October 11, 2023. Admittedly, Defendants inadvertently did not use the protocol for employment cases. Nonetheless, in connection with such responses, Defendants produced over 100 pages of documents (compared to only twenty-six pages produced by Plaintiff in her initial responses) and provided responsive information all of which was also responsive to the protocols in employment cases. As Plaintiff noted, Plaintiff

advised Defendants of this issue on November 21, 2023—two days before Thanksgiving. Thereafter, Defendants provided the specific responses to the protocols for employment cases in December 2023.

While Plaintiff seems to take issue with the fact that there is an upcoming hearing on her prejudgment remedy application, there is no requirement that discovery be complete prior to such a hearing. This case is in its relative infancy, and discovery is ongoing.

As to Defendants' showing, as stated in their Motion for Extension of Time (Doc. 30), counsel for Defendants was traveling for depositions in another matter (Tarpon Bay LLC v. Zerez Holdings, Corp., No. 3:17-CV-00579). In particular, this included multiple flights in the state of California.

Nonetheless, Defendants' motion is moot at this point in time given Defendants' responses, subject to their objections, to Plaintiff's discovery requests.

Dated:  February 5, 2024

By: /s/ Jonathan M. Shapiro
Jonathan M. Shapiro (ct24075)
Aeton Law Partners LLP
311 Centerpoint Drive
Middletown, Connecticut 06457
Telephone:  (860) 724-2160
Facsimile:  (860) 724-2161
Email: jms@aetonlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      This 5th day of February, 2024.

      /s/ Jonathan M. Shapiro ct24075
      Jonathan M. Shapiro