UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT

---

| | | |
|---|---|---|
| **CHRISTINE GRAICHEN,** | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | |
| | : | |
| **THE CONNECTICUT NOVELTY COMPANY d/b/a** | : | |
| **MALLOVES JEWELERS, and MARC LEVIN,** | : | |
| Defendants | : | JANUARY 31, 2024 |

---

### NOTICE OF FILING OF PLAINTIFF'S AFFIDAVIT IN SUPPORT OF APPLICATION FOR PREJUDGMENT REMEDY

Pursuant to the Order of this Court of February 14, 2024 (Doc. 37), Plaintiff hereby files her Affidavit in support of her Application for Prejudgment Remedy, as required by Connecticut General Statutes § 52-278c(a)(2).

By: _/s/ Claire M. Howard_
Claire M. Howard (ct29654)
Madsen, Prestley & Parenteau, LLC
402 Asylum Street Hartford, CT 06103
Tel.: (860) 246-2466
Fax: (860) 246-1794
choward@mppjustice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT

---

| | |
|---|---|
| CHRISTINE GRAICHEN, | : CIVIL ACTION NO.<br>: 3:23-cv-00824-MPS |
| Plaintiff, | : |
| -against- | : |
| CONNECTICUT NOVELTY COMPANY d/b/a<br>MALLOVES JEWELERS, and MARC LEVIN,<br>Defendants | :<br>:<br>: FEBRUARY 15, 2024 |

---

## AFFIDAVIT OF PLAINTIFF, CHRISTINE GRAICHEN, REGARDING PREJUDGMENT REMEDY

I, Christine Graichen, being duly sworn do depose and say:

1. I am over the age of 18 and believe in the obligations of an oath.

2. I am the Plaintiff in the matter of Christine Graichen v. Connecticut Novelty Company d/b/a Malloves Jewelers and Marc Levin, Docket No. 3:23cv824 (MPS).

3. I worked for the Defendants from 2002 through March, 2023, when I was summarily terminated by Marc Levin.

4. Over the last ten years of my employment with Defendants, I worked an average of 55 hours per week. On many occasions, when I was in charge of setting up and running Facebook Live and other special sales and promotions, I worked an additional six hours for each of these events.

5. Over the last ten years of my employment with Defendants, I was paid a straight salary, without being paid for any of my hours in excess of 40 per week. I was never paid overtime. In fact, on multiple occasions during 2022, hours were deducted from my paycheck, including July 28, 2022; November 10, 2022; November 25, 2022; December 22, 2022 and December 29, 2022.

6. Although I held the title of Office Manager, I was not actually a manager. I did not hire or fire employees, schedule hours or set compensation for employees, establish policies or procedures for employees, or take any other substantive administrative actions without the express approval and authorization of Marc Levin. I did not supervise employees and did not have employees reporting directly to me. All employees were supervised by and reported directly to Marc Levin.

2-15-24
Date

_____
Christine Graichen


STATE OF CONNECTICUT    )
                       )   ss: Hartford
COUNTY OF HARTFORD      )


Personally appeared Christine Graichen, who swore to the truth and accuracy of the statements set forth in her Affidavit, before me, this 15th day of February, 2024.


_____
Commissioner of the Superior Court/Notary Public
My Commission Expires:

MARITZA TORRES
Notary Public, State of Connecticut
My Commission Expires Aug. 31, 2027

2

## CERTIFICATION OF SERVICE

I hereby certify that on February 16, 2024, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Claire M. Howard*
                                                Claire M. Howard