Civil- (Dec-2008)

HONORABLE: S. Dave Vatti
DEPUTY CLERK Djess Jacques        RPTR/ECRO/TAPE Courtsmart
TOTAL TIME:        hours  37  minutes
DATE: 2/20/2024        START TIME: 9:38        END TIME: 10:15
LUNCH RECESS    FROM:        TO:
RECESS (if more than ½ hr)    FROM:        TO:

CIVIL NO. 3:23-cv-00824-MPS

Christine Graichen                                        Claire M. Howard
                                                          Plaintiff's Counsel
            vs
Connecticut Novelty Co., Marc Levin              Jonathan M. Shapiro, Kara Anne Newell
                                                          Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing            [ ] Show Cause Hearing
[✓] Evidentiary Hearing       [✓] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] # 38   Motion to Quash              [ ] granted [✓] denied [ ] advisement
[✓] # 42   Motion to Preclude Evidence  [ ] granted [ ] denied [✓] advisement
[ ] #      Motion                       [ ] granted [ ] denied [ ] advisement
[ ] #      Motion                       [ ] granted [ ] denied [ ] advisement
[ ] #      Motion                       [ ] granted [ ] denied [ ] advisement
[ ] #      Motion                       [ ] granted [ ] denied [ ] advisement
[ ] #      Motion                       [ ] granted [ ] denied [ ] advisement
[ ]        Oral Motion                  [ ] granted [ ] denied [ ] advisement
[ ]        Oral Motion                  [ ] granted [ ] denied [ ] advisement
[ ]        Oral Motion                  [ ] granted [ ] denied [ ] advisement
[ ]        Oral Motion                  [ ] granted [ ] denied [ ] advisement
[✓]   [✓] Briefs(s) due 3/12/2024   [ ] Proposed Findings due ___  Response due ___
[ ] ........ ___                        [ ] filed [ ] docketed
[ ] ........ ___                        [ ] filed [ ] docketed
[ ] ........ ___                        [ ] filed [ ] docketed
[ ] ........ ___                        [ ] filed [ ] docketed
[ ] ........ ___                        [ ] filed [ ] docketed
[ ] ........ ___                        [ ] filed [ ] docketed
[✓] ........ Evidential Hearing   Hearing continued until 4/1/2024   at 9:30 am

Notes: Evidential hearing rescheduled to 4/1/2024 due to a potential 5th Amendment issue. A briefing deadline is set for 3/12/2024 on the 5th amendment issue.