UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT

---

| | |
|---|---|
| **CHRISTINE GRAICHEN,** | : CIVIL ACTION NO.<br>: 3:23-cv-00824-MPS |
| **Plaintiff,** | : |
| -against- | : |
| **CONNECTICUT NOVELTY COMPANY d/b/a**<br>**MALLOVES JEWELERS, and MARC LEVIN,** | : |
| Defendants | : **MAY 28, 2024** |

---

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), undersigned counsel for Plaintiff Christine Graichen hereby requests permission to withdraw her appearance.  Plaintiff is aware of, and consents to, this withdrawal.  Plaintiff is being represented by Attorney Alexander T. Taubes, who entered an appearance on May 16, 2024. *See* Doc. 52.


By:      */s/ Claire M. Howard*
Claire M. Howard (ct29654)
Madsen, Prestley & Parenteau, LLC
402 Asylum Street Hartford, CT 06103
Tel.: (860) 246-2466
Fax: (860) 246-1794
choward@mppjustice.com
Attorney for Plaintiff

CERTIFICATION OF SERVICE

I hereby certify that on May 28, 2024, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Claire M. Howard*
                                        Claire M. Howard